**STATE**

v.

**Robert D. SMITH.**

**No. 79–317–M.P.**

Supreme Court of Rhode Island.

Feb. 28, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff-respondent.

Robert D. Smith, defendant-petitioner, pro se.

### ORDER

Treating petitioner's letter as a petition for writ of habeas corpus, said petition is denied as moot.